IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> QUALCOMM INCORPORATED, <br><br> Defendant. | ) ) ) ) ) ) ) C. A. No. 06-509 ) ) ) ) ) ) |

## QUALCOMM INCORPORATED'S MOTION TO TRANSFER

Defendant, QUALCOMM Incorporated ("Defendant"), respectfully moves to have the Court transfer the above-captioned case to the United States District Court for the Southern District of California (San Diego Division) pursuant to 28 U.S.C. § 1404(a) or, alternatively, the first-filed rule. In support of this motion, Defendant submits herewith the accompanying QUALCOMM's Opening Brief In Support Of Its Motion To Transfer Venue.[1]

---

[1] Pursuant to Local Rule 7.1.1, counsel for Defendant has conferred with counsel for Plaintiffs and asked for its consent to this motion. Counsel for Plaintiffs declined to consent to the requested relief.

Respectfully Submitted,

POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: /s/ Richard L. Horwitz |
|---|---|

OF COUNSEL:

Evan R. Chesler
Richard J. Stark
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Dated: August 16, 2006
746377/30592

By: _____
Richard L. Horwitz (#2246)
Matthew E. Fischer (#3092)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
rhorwitz@potteranderson.com
mfischer@potteranderson.com
kdorsney@potteranderson.com

*Counsel for Defendant*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on August 16, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Lisa A. Schmidt
Jeffrey Moyer
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

By: _____
Richard L. Horwitz
Matthew E. Fischer
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
mfischer@potteranderson.com
kdorsney@potteranderson.com

746337