IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 06-509 |
| ) | |
| QUALCOMM INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFFS NOKIA CORPORATION AND NOKIA INC.'S MOTION TO REMAND

Pursuant to 28 U.S.C. § 1447, Plaintiffs Nokia Corporation and Nokia Inc., by and through their undersigned counsel, move this Court to remand the present action to the Court of Chancery for further proceedings. The grounds for this motion are more fully set forth in Plaintiffs Nokia Corporation and Nokia Inc.'s Opening Brief In Support Of Their Motion To Remand filed contemporaneously herewith.

OF COUNSEL:

A. William Urquhart
Frederick Lorig
Patrick Shields
Erica Taggart
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street
Los Angeles, CA 90017
(213) 443-3000

Rick Werder
Sanford I. Weisburst
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Dated: August 18, 2006

_____
Thomas A. Beck (#2086)
beck@rlf.com
Lisa A. Schmidt (#3019)
schmidt@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19899
(302) 651-7700

Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and by hand delivery to the following:

>Matthew E. Fischer, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>P.O. Box 951
>Wilmington, Delaware  19899

_____
Steven J. Fineman (#4025)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOKIA CORPORATION and NOKIA, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. |
| | ) | |
| QUALCOMM INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

WHEREAS, Plaintiffs Nokia Corporation and Nokia Inc. ("Plaintiffs") having moved this Court for an order remanding the present action to the Court of Chancery for further proceedings;

WHEREAS, the Court having considered the briefs and arguments in support of and in opposition to the Motion, and good cause having been shown for the relief sought in the Motion;

IT IS HEREBY ORDERED this _____ day of _____, 2006 that Plaintiffs' Motion is GRANTED.

_____
United States District Judge

RLF1-3049400-1

CERTIFICATION PURSUANT TO
DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Counsel for Plaintiffs has conferred with counsel for Defendant pursuant to District of Delaware Local Rule 7.1.1 and Defendants declined to consent to the relief sought in the attached motion.

_____
Jeffrey L. Moyer (#3309)