**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

JEFFREY L. MOYER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7525
MOYER@RLF.COM

August 18, 2006

**VIA HAND DELIVERY AND E-FILING**

Dr. Peter B. Dalleo
Clerk, United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:  *Nokia Corporation and Nokia Inc. v. Qualcomm Incorporated,*
            *C.A. No. 06-509*

Dear Dr. Dalleo:

      We represent plaintiffs Nokia Corporation and Nokia Inc. (jointly, "Nokia") in the above-referenced action. The present action was commenced in the Court of Chancery on August 8, 2006. Concurrently with the filing of the complaint in the Court of Chancery, Nokia moved that court for an order setting an expedited trial for early 2007.

      During an August 11, 2006 hearing, Vice Chancellor Strine noted his availability and willingness to hold an expedited trial on the merits in early 2007. At that same hearing, the court ordered expedited briefing on Qualcomm's proposed motion to stay or dismiss, setting the due date for Qualcomm's opening brief on any such motion for August 25, 2006. A status report and the remainder of the briefing schedule were to be submitted on August 16, 2006. Instead of complying with the court's direction, Qualcomm filed a Notice of Removal on that day divesting the Court of Chancery of jurisdiction. Because there is no basis for removal of this case, Nokia has today filed a motion to remand the case to the Court of Chancery. For all of the reasons set forth in Nokia's Motion to Expedite Proceedings and its Opening Brief in Support of Motion to Remand, and because any delay in the resolution of Nokia's motion could cost it the opportunity to obtain necessary, expedited relief in the Court of Chancery, Nokia seeks expedited relief from this Court on its Motion to Remand

      Enclosed please find a copy of Nokia's Motion to Expedite Proceedings, Motion to Remand and Nokia's Opening Brief in Support of Motion to Remand. Given that the case, at least to our knowledge, has not yet been assigned, Nokia respectfully requests that Nokia's Motion to Expedite Proceedings be presented as soon as practicable to the duty judge for consideration so that this matter may properly and promptly be remanded to the Court of Chancery for further proceedings.

RLF1-3049172-1

Dr. Peter B. Dalleo
August 18, 2006
Page 2

      If the Court should have any questions or concerns, undersigned counsel remains available at the Court's convenience.

Respectfully,

Jeffrey L. Moyer (#3309)

JLM/jab
Enclosures

cc:    Matthew E. Fischer, Esquire (w/enclosures)

RLF1-3049172-1