IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOKIA CORPORATION and NOKIA, :
INC., :
: 
      Plaintiffs, :
:
v. : Civil Action No. 06-509-JJF
:
QUALCOMM INCORPORATED, :
:
      Defendant. :

### ORDER

The Court, having considered Nokia's Motion To Expedite Proceedings, and for good cause shown,

IT IS HEREBY ORDERED, this __18__ day of August 2006 that:

1. Nokia's Motion To Expedite Proceedings is **GRANTED**.

2. Qualcomm shall file and serve its answering brief in response to Nokia's Motion To Remand on or before **August 23, 2006**.

3. Nokia shall file and serve its reply brief, if any, on or before **August 25, 2006**.

4. Qualcomm may file a motion to reconsider the Court's granting of the Motion To Expedite no later than **Monday, August 21, 2006 at 9am**.

5. The necessity of a hearing on the Motion To Remand is to be determined.

_____
UNITED STATES DISTRICT JUDGE