```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE
```

NOKIA CORPORATION and NOKIA, :
INC., :
                                    :
      Plaintiffs, :
                                    :
    v. : Civil Action No. 06-509-JJF
                                    :
QUALCOMM INCORPORATED, :
                                    :
      Defendant. :

## O R D E R

WHEREAS, Defendant has filed a Motion To Consolidate Briefing and Hearing Schedules (D.I. 10);

WHEREAS, the Court agrees with Plaintiffs that a decision on transfer should follow a decision on whether the Court has subject matter jurisdiction over the claims asserted by Plaintiffs;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion To Consolidate Briefing and Hearing Schedules (D.I. 10) is **DENIED**.

August 21, 2006
    DATE
                                                UNITED STATES DISTRICT JUDGE