

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

August 25, 2006

**VIA ELECTRONIC FILING**
**AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    Nokia Corporation and Nokia, Inc. v. QUALCOMM Incorporated
            C. A. No. 06-509 (JJF)

Dear Judge Farnan:

    Briefing is now complete on Plaintiffs Nokia Corporation and Nokia, Inc.'s Motion For Remand. Pursuant to L.R. 7.1.4., Defendant QUALCOMM Incorporated requests oral argument on that motion. We would be prepared to appear in person or by telephone.

    Counsel are available at the Court's convenience if Your Honor has any questions.

                  Very truly yours,

                  */s/ Richard L. Horwitz*

                  Richard L. Horwitz

/msb
747630

cc:    Clerk of the Court (via hand delivery)
        Steven J. Fineman (via electronic filing)