**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
FINEMAN@RLF.COM

August 28, 2006

**VIA HAND DELIVERY AND E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

      Re:   *Nokia Corporation and Nokia Inc. v. Qualcomm Incorporated,*
              *C.A. No. 06-509 (JJF)*

Dear Judge Farnan:

     We are in receipt of Qualcomm Incorporated's letter dated August 25, 2006 requesting oral argument on Nokia Corporation and Nokia Inc.'s Motion to Remand. Nokia respectfully suggests that the Motion to Remand presents a straightforward issue of law that does not require oral argument. Of course, if the Court would find oral argument helpful in adjudicating the Motion to Remand, we would be happy to oblige. Nokia respectfully requests, however, that consistent with the expedited schedule upon which the Motion to Remand has been briefed, such argument be held at the Court's earliest convenience.

                                        Respectfully,

                                        Steven J. Fineman (#4025)

SJF/jmk

cc:   Clerk of the Court (via hand delivery)
        Matthew E. Fischer, Esquire (via hand delivery)

RLF1-3052186-1