IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOKIA CORP. and NOKIA, INC., :
:
    Plaintiffs, :
:
v. : Civil Action No. 06-509-JJF
:
QUALCOMM, INC. :
:
    Defendant. :

**O R D E R**

At Wilmington, this 29th day of August 2006, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that Defendants' Motion To Remand (D.I. 5) is **GRANTED**.

                                                                        */s/ Joseph J. Farnan*
                                                      UNITED STATES DISTRICT JUDGE