OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 11, 2006

Edward G. Pollard, Jr.
Chief Register in Chancery
New Castle County Courthouse
500 North King Street, Suite 1551
Wilmington, DE 19801

RE: Nokia Corp., et al. v. Qualcomm, Inc., C.A. No. 06-509 JJF

Dear Mr. Pollard, Jr.:

In accordance with the Memorandum Opinion and Order signed by Judge Joseph J. Farnan, Jr. on August 29, 2006, we are remanding the above referenced case to the Court of Chancery for the State of Delaware.

Enclosed please find a certified copy of the docket entries and the Order of transfer. Please note that the District Court electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at: www.ded.uscourt.gov

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,
Peter T. Dalleo, Clerk

By: _____
Deputy Clerk

Enc.

cc: Hon. Joseph J. Farnan, Jr. (w/o encl.)
    Jeffrey L. Moyer, Esq. (w/o encl.)
    Kenneth L. Dorsney, Esq. (w/o encl.)

I hereby acknowledge receipt of the above listed items on  9/22/06  .

_____
Signature